United States District Court

Eastern District of California

United States of America,

        Plaintiff,             No. Mag. 05-0292-JFM

   vs.                  Detention Order

Saul Corona,

        Defendant.

-oOo-

A.    Order For Detention

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.    Statement Of Reasons For The Detention

    The Court orders the defendant's detention because it finds:

    __x__        By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

    __x__        By clear and convincing evidence that no condition or combination of conditions will reasonably assure

1          the safety of any other person and the community.

2   C.   Findings Of Fact

3        The Court's findings are based on the evidence which was
    presented in Court and that which was contained in the Pretrial
4   Services Report, and includes the following:

5        __x__          (1)  Nature  and Circumstances of the offense
                        charged.
6
             __x__          (a) The crime.
7
             _____          (b) The offense is a crime of violence.
8
             _____          (c) The offense involves a narcotic.
9
             _____          (d) The offense involves a large amount of
10                       controlled substances.

11  _____          (2)  The  weight of the evidence against the
                    defendant is high.
12
    _____          (3)  The history and characteristics of the
13                  defendant including:

14       _____(a)  General Factors:

15            _____          The defendant appears to have a mental
                            condition which may affect whether the
16                          defendant will appear.

17            _____          The defendant has no family ties in the
                            area.
18
              _____          The defendant has no steady employment.
19
              _____          The defendant has no substantial
20                          financial resources.

21            _____          The defendant is not a long time resident
                            of the community.
22
              _____          The defendant does not have any
23                          significant community ties.

24            _____          Past conduct of the defendant:

25            _____          The defendant has a history relating to
                            drug abuse.
26

1                          _____        The defendant has a significant prior
                                         criminal record.
2
                           _____        The  defendant has a prior record of
3                                        failure to appear at court proceedings.

4            (b)   Whether   the   defendant   was   on   probation,
                   parole, or release by a court;
5
             At the time of the current arrest, the defendant was
6    on:

7                          _____        Probation.

8                          _____        Parole.

9                          _____        Release pending trial, sentence, appeal
                                         or completion of sentence.
10
             (c)   Other Factors
11
                           _____        The defendant is an illegal alien and is
12                                       subject to deportation.

13                         _____        The defendant is a legal alien and will
                                         be subject to deportation if convicted.
14
                  ___x___        Other:    Motion was unopposed.
15
      ___x___           (4)   Rebuttable Presumptions
16
             In  determining  that  the  defendant  should  be  detained,  the
17    court  also  relied  on  the  following  rebuttable  presumption(s)
      contained  in  18  U.S.C.  §  3142(e),  which  the  court  finds  the
18    defendant has not rebutted:

19                 _____        (a)   (1) The crime charged is one described in
                                       §  3142(f)(1)
20
                                       _____  (A) a crime of violence; or
21
                                       _____  (B) an offense for which the maximum
22                                             penalty  is  life  imprisonment  or
                                               death; or
23
                                       _____  (C) a controlled substance violation
24                                             that  has  a  maximum  penalty  of  ten
                                               years or more; or
25
                                       _____  (D)  a  f e l o n y  a n d  d e f e n d a n t
26

                                          3

1               previously was convicted of two or more of the offenses described in

2               (A) through (C) above <u>and</u>

3      (2)  Defendant previously has been convicted of one of the crimes listed in

4            subparagraph (1)(A)-(C), above <u>and</u>

5      (3)  The offense referred to in subparagraph (2) was committed while defendant was on

6            release pending trial <u>and</u>

7      (4)  Not more than five years has elapsed since the date of conviction or release

8            from imprisonment for the offense referred to in subparagraph (2).

9

10    <u> x </u>   (b)  There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten

11          years or more is prescribed

12       <u> x </u>   in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

13

14       <u>    </u>   the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

15       <u>    </u>   the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

16

17       <u>    </u>   an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

18       <u>    </u>   an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

19            2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2),

20            2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

21

D.    <u>Additional Directives</u>

22

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs

23  that:

24     The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

25  extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

26

4

1     The defendant be afforded reasonable opportunity for private
consultation with his counsel; and

2

3     That, on order of a court of the United States, or request of
an attorney for the Government, the person in charge of the
corrections facility in which the defendant is confined deliver the
4   defendant to a United States Marshal for the purpose of an
appearance in connection with a court proceeding.

5

6     Dated: October 11, 2005

7

8                                          /s/ Peter A. Nowinski
                                           Peter A. Nowinski
9                                          Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

5